UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA ODELL-GILL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CFCU COMMUNITY CREDIT UNION,<br><br>Defendant. | Civil Action No. 3:21-cv-1102 (FJS/ML) |

U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
Feb 10 - 2023
John M. Domurad, Clerk

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED to and agreed by and between the parties, by and through counsel, that this action be dismissed with prejudice as to all claims, counterclaims, crossclaims or actions in the above matter that each party has, had or may have against the other under Fed. R. Civ. P. 41 in accordance with the terms of the settlement agreement between the parties. Each party shall bear their own costs and attorneys' fees.

Dated:  February 9, 2023              Respectfully submitted,

**KALIELGOLD PLLC**

By:/s/ Jeffrey D. Kaliel
Jeffrey D. Kaliel (Bar Roll No. 518372)
1100 15th Street NW, 4th Floor
Washington, D.C. 20004
Tel: (202) 350-4783
Email: jkaliel@kalielpllc.com

Sophia G. Gold (Bar Roll No. 701241)
950 Gilman Street, Suite 200
Berkeley, California 94710
Tel: (202) 350-4783
Email: sgold@kalielgold.com

*Attorneys for Plaintiff and the Putative Class*

1

2

Dated: February 9, 2023        **GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ Peter Siachos*
Peter Siachos
1 Battery Park Plaza, 28th Floor
New York, NY 10004
Tel: (973) 549-2532
psiachos@grsm.com

*Attorneys for Defendant CFCU Community Credit Union*

IT IS SO ORDERED.  Dated: February 10, 2023

_____
Frederick J. Scullin, Jr.
Senior United States District Judge